No. 89–7095.   McFADDEN v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 89–7122.   FANNIEL v. HER MAJESTY QUEEN ELIZABETH II ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–7154.   SAMUEL v. MORRISON INC., DBA MORRISON FOOD SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 89–7157.   SIMPSON v. KENTUCKY ET AL.   C. A. 6th Cir. Certiorari denied.

No. 89–7159.   BUTZIN v. WOOD, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–7160.   FANSLER v. CORRECTIONS CABINET ET AL. C. A. 6th Cir.   Certiorari denied.

No. 89–7163.   SOUTHERLAND v. WOFFORD ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–7164.   BOYD v. LOUISIANA.   Ct. App. La., 2d Cir. Certiorari denied.

No. 89–7165.   SAMMONS v. HARRISON ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–7167.   AWKAKEWAKEYES v. SUTTON ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–7172.   MARTINEZ v. KERBY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–7173.   KELLEY v. INTERNATIONAL TOTAL SERVICES, INC., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–7179.   BARNES v. MARTINEZ, GOVERNOR OF FLORIDA, ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 89–7180.   MINDEK v. PENNSYLVANIA (two cases).   Super. Ct. Pa.   Certiorari denied.